**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| Michelle T Mooty | Case No. 18-06092 |
| Debtor(s). | Hearing on October 21, 2019 at 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 21, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge sitting in her stead, in the courtroom usually occupied by her in Room 719 at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and moved to present the attached motion.

/s/ *Diana A. Carpintero*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, a copy of the foregoing Motion and accompanying Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Thomas Twomey
o/b/o Debtor(s) Michelle T Mooty
ecf@zaplawfirm.com

Marilyn O Marshall
Trustee
courtdocs@chi13.com

Patrick S. Layng
U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

      I further certify that on October 8, 2019, a copy of the foregoing Motion and accompanying Notice of Motion was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Michelle T. Mooty
P.O. Box 21330
Chicago, IL 60621

                                        */s/ Diana A. Carpintero*
                                        Attorney for Movant

Marinosci Law Group
134 N LaSalle, Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILBKWI@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| Michelle T Mooty | Case No. 18-06092 |
| Debtor(s). | Hearing on October 21, 2019 at 9:30 a.m. |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) AND CO-DEBTOR RELIEF

Home Opportunity LLC ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay and pursuant to 11 U.S.C. § 1301(c)(3), for relief from the co-debtor automatic stay with respect to certain real property of the Debtor(s) having an address of 11438 S. Wentworth Ave., Chicago IL 60628 (the "Property"). The Required Statement is attached hereto as Exhibit 1, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on March 2, 2018.

2. A Chapter 13 Plan has been confirmed on July 23, 2018.

3. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $36,772.70 (the "Note"). A copy of the Note is attached hereto as Exhibit 2. Movant is an entity entitled to enforce the Note.

4. The Note is co-signed by Jason Redding and that to the extent the co-debtor stay of 11 U.S.C. § 1301(a) applies to Jason Redding, grounds exist for relief therefrom under 11 U.S.C. § 1301(c)(3) if the automatic stay is modified herein.

5. Pursuant to that certain Land Contract (the "Land Contract"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Land Contract are secured by the Property. A copy of the Land Contract is attached hereto as Exhibit 3.

6. As of October 15, 2019, the outstanding amount of the Obligations is: $47,242.27.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has incurred $850.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor(s).

| Number of Missed/Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| *19* | *04/01/2018* | *10/01/2019* | *$530.97* | *$10,088.43* |
| Less postpetition partial payments: | | | | ($0.00) |

Total: **$10,088.43**

9. The estimated market value of the Property is $40,937.00. The basis for such valuation is Schedule A of the Debtor(s)' Chapter 13 Petition.

10. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to § 362(d)(2)(B) the Property is not necessary for an effective reorganization.

11. Cause exists for relief from the co-debtor stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 1301(c)(3), Movant's interest would be irreparably harmed by continuation of such stay.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay and the co-debtor stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. Movant further requests that upon entry of an order granting relief from stay, it be exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

5. For such other relief as the Court deems proper.

                                              Respectfully submitted,

                                              */s/ Diana A. Carpintero*_____
                                              Attorney for Movant

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com