UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michelle T. Mooty<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-06092<br><br>Chapter: 13<br>Honorable LaShonda Hunt |

## ORDER ON MOTION FOR RELIEF FROM STAY

THIS CAUSE coming to be heard on the motion of Home Opportunity LLC ("Movant"), by and through its attorneys, Marinosci Law Group, P.C., the court having jurisdiction, being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED:

1. Pursuant to 11 U.S.C. Section 362(d), that Movant is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay so as not to restrain them from exercising non-bankruptcy remedies as to the property commonly known as 11438 S. Wentworth Ave., Chicago, IL 60628 (the "Property").

2. Pursuant to 11 U.S.C. Section 1301(c)(3), that Movant is granted relief from the co-debtor stay provisions of 11 U.S.C. Section 1301(a) by modifying said stay so as not to restrain them from exercising non-bankrupty remedies as to the Property.

3. That Rule 4001(a)(3) is hereby waived by the Court, and the effect of this order is not stayed.

4. That the Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

5. That Movant is exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: October 21, 2019

**Prepared by:**

Diana Carpintero
Attorney for Creditor
Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
(t) 312-940-8580; (f) 401-234-5130
ILWIBK@mlg-defaultlaw.com