IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  **Michelle Mooty** | ) ) ) | **Case 18-06092** |
| Debtor(s), | ) ) ) | **Judge David D. Cleary** |

*Notice of Objection*

The Trustee objects to the Motion to Debtor's motion to modify plan.

                          Marilyn O. Marshall,
                          Standing Trustee

                          /s/ Yanick Polycarpe
                          By: Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532